UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

      Plaintiff,                                     Case No.   13-30097

     v.

Dennis Wiese, Jr.,

    Defendant,

======================================
National Railroad Equipment Co,

   Garnishee.

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.   Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on September 20, 2013, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant.

On September 23, 2013, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay 25% of the Defendant's net wages to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property

belonging to the Debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois, 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

Dated: October 30, 2013

David R. Herndon
2013.10.30
07:11:45 -05'00'

Chief Judge
United States District Court