UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

   **Plaintiff,**      Case No. 3:13CR30097-DRH (SDIL)
                   05-20029-003 (CDIL)
 **v.**

**Dennis Wiese, Jr.,**

   **Defendant,**

====================================
**National Railroad Equipment Co,**

   **Garnishee.**

### AMENDED GARNISHEE ORDER

   A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on September 20, 2013, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant.

   On September 23, 2013, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

   **IT IS ORDERED** that Garnishee pay 25% of the Defendant's net wages to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court.

Payments are to be made payable to the <u>Clerk, U.S. District Court and mailed to the Clerk, ATTN: Finance Department, 100 NE Monroe, Room 309, Peoria IL 61602,</u> please insure you reference 05-20029-003 in order for credit to be given to the proper defendant and case.

The Plaintiff is to provide a copy of this Order to the Garnishee.

Dated: November 4, 2013

Digitally signed by David R. Herndon
Date: 2013.11.04 11:43:32 -06'00'

Chief Judge
United States District Court